IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BANYAN LICENSING L.L.C.<br>and<br>CONTOUR PRODUCTS, INC.,<br><br>              Plaintiffs,<br><br>v.<br><br>TEMPUR SEALY INTERNATIONAL, INC.<br>and<br>DAN-FOAM APS CORP.,<br><br>              Defendants. | Civil Action No. 3:14-CV-00186-GCM |

## ORDER STAYING THE INITIAL ATTORNEYS' CONFERENCE

**THIS MATTER** comes before the Court on the parties' Joint Motion to Stay the Initial Attorneys' Conference (Doc. No. 8). Upon consideration of that motion, and the pleadings, **IT IS HEREBY ORDERED** that the Initial Attorneys' Conference is stayed pending completion of early mediation between the parties, which mediation will take place before the end of 2014. Upon completion of the early mediation, the parties will report back to the Court as to whether the mediation was successful and, if not, will conduct the Initial Attorneys' Conference within seven days after such report and file the required Certificate of Initial Attorneys' Conference within seven days after the conference.

**SO ORDERED**.

Signed: October 10, 2014

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge