IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-186-GCM

BANYAN LICENSING L.L.C., *et al,*  )
                Plaintiffs,  )
   v.  )      ORDER
  )
TEMPUR SEALY INTERNATIONAL, INC. )
*et al,*  )
                Defendants.  )
  )

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **James W. Faris,** filed January 16, 2015 [doc. # 15].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Faris is admitted to appear before this court *pro hac vice* on behalf of Defendants, Tempur Sealy International, Inc. and Dan-Foam ApS Corp..

**IT IS SO ORDERED.**

Signed: January 23, 2015

Graham C. Mullen
United States District Judge